USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

                Plaintiff,           08 Civ. 0241 (RMB)

-against-                  **ORDER FOR REASSIGNMENT**
                                            **TO WHITE PLAINS**

FRIEDWALD CENTER FOR REHABILITATION
& NURSING LLC; and BARRY WINDT,
Individually,

                Defendants.
------------------------------------------------------------X

       In reviewing the complaint, dated January 11, 2008, ("Compl."), the Court notes that defendant Friedwald Center for Rehabilitation & Nursing LLC ("Friedwald") has its principal office and place of business in New City, New York, (Compl. ¶ II), and Plaintiff alleges that the Defendants have "violated the provisions of sections 7 and 15(a)(2) of the [Fair Labor Standards] Act by employing many of their employees [at Friedwald] for workweeks longer than those prescribed in section 7 . . . without compensating the employee . . . in excess of the prescribed hours in said workweeks . . . ." (Compl. ¶ VI.)

       It therefore appears that in whole or in major part this action arose in Rockland County and that at least one of the parties resides in Rockland County, and that all or substantial parts of the material events, documents, persons, and potential witnesses related to this action are located in Rockland County. Accordingly, pursuant to Rules 21 and 22 of the Rules for the Division of Business Among District Judges, in the interest of justice and sound judicial administration, it is hereby

       **ORDERED**, that the Clerk of Court is directed to reassign this case to White Plains.

**SO ORDERED.**

Dated: New York, New York
       January 17, 2008

                                                               _____
                                                               Richard M. Berman, U.S.D.J.